UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RODRICK EUGENE BRUMFIELD, | 1:12-CV-00939 GSA HC |
| Petitioner, | ORDER GRANTING MOTION TO DISMISS [Doc. #6] |
| v. | |
| M. D. BITER, Warden, | ORDER DIRECTING CLERK OF COURT TO ENTER JUDGMENT AND CLOSE CASE |
| Respondent. | |

    Petitioner is a state prisoner proceeding pro se with a petition for writ of habeas corpus pursuant to 28 U.S.C. § 2254. He has consented to the jurisdiction of the magistrate judge pursuant to 28 U.S.C. § 636(c).

    On June 11, 2012, Petitioner filed the instant petition challenging the calculation of his sentence by the California Department of Corrections and Rehabilitation. On July 16, 2012, the Court issued an order directing Petitioner to show cause why the petition should not be dismissed for failure to exhaust state remedies. Petitioner responded on August 9, 2012, by filing a notice of voluntary dismissal. Petitioner states he intended to file his petition in the California Court of Appeals, Fifth Appellate District, but was given an incorrect address. Pursuant to Rule 41(a)(1) of the Federal Rules of Civil Procedure, a petitioner may dismiss an action without an order from the

Court by filing a notice of dismissal before the respondent files an answer or motion for dismissal. Pursuant to Rule 12 of the Rules Governing Section 2254 Cases, the "Federal Rules of Civil Procedure, to the extent that they are not inconsistent with any statutory provisions or these rules, may be applied to a proceeding under these rules."

At this time, Respondent has not filed a formal answer to the petition for writ of habeas corpus.

Accordingly, IT IS HEREBY ORDERED:

1) The petition for writ of habeas corpus is DISMISSED without prejudice; and

2) The Clerk of Court is DIRECTED to enter judgment and close the case.

IT IS SO ORDERED.

Dated:   August 23, 2012                      /s/ Gary S. Austin
                                         UNITED STATES MAGISTRATE JUDGE